IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES R. DUDLEY,

           Petitioner,

    v.                                     CASE NO. 17-3006-SAC

KANSAS DEPARTMENT OF CORRECTIONS,

           Respondent.

**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. Petitioner, a prisoner in state custody, challenges five administrative disciplinary actions. On February 7, 2017, the Court dismissed this action and declined to issue a certificate of appealability. Petitioner filed both a motion for reconsideration and a notice of appeal. The Court denied the motion for reconsideration on April 13, 2017, and the appeal is pending. Petitioner now moves to stay the appeal (Doc. #15).

The Court has reviewed the motion and concludes it should be forwarded to the U.S. Court of Appeals for the Tenth Circuit for ruling.

IT IS, THEREFORE, BY THE COURT ORDERED that the clerk of the court shall forward petitioner's motion to stay the appeal (Doc. #15) to the Tenth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED: This 28th day of April, 2017, at Topeka, Kansas.

                                          S/ Sam A. Crow
                                          SAM A. CROW
                                          U.S. Senior District Judge